AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ERICQUE STREET,

     Plaintiff,

                   **V.**

UNITED STATES, and CHATHAM COUNTY
DETENTION CENTER,

     Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 422-241

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 13, 2022, Plaintiff Street's case is dismissed without prejudice in accordance with the Court's opinion. This case stands closed.

Approved by: _____

December 13, 2022
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020